# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GARDELL COWART | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | EDCV 18-0057-DSF (JEM) |
| JAIME GUSTAVO | **JUDGMENT** (Failure to Pay Full Filing Fee) |
| DEFENDANT(S). | |

On _____May 1, 2018_____, ~~plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but~~ plaintiff was ordered to pay to the Clerk of Court the ☒ full filing fee ☐ initial partial filing fee.

By Order to Show Cause dated _____June 12, 2018_____, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☒ full filing fee ☐ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☒ full filing fee ☐ initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

July 5, 2018
Date

*/s/ Dale S. Fischer*
United States District Judge

Presented by:

/s/John E. McDermott
United States Magistrate Judge